**FILED - GR**
June 2, 2009 12:35 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DERICK OLIN McCONNON,

    Defendant.

_____/

No. **1:09-cr-164**

Hon. **Robert J. Jonker**
**U.S. District Judge**

INDICTMENT

The Grand Jury charges:

## COUNT 1
## (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE)

On or about March 16, 2009, in Kent County, in the Southern Division of the Western District of Michigan,

DERICK OLIN McCONNON

did knowingly, intentionally and unlawfully possess with intent to distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)

## COUNT 2
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about March 16, 2009, in Kent County, in the Southern Division of the Western District of Michigan,

### DERICK OLIN McCONNON

did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3
### (CONSPIRACY TO DISTRIBUTE COCAINE)

From at least January of 2009, through and including March 16, 2009, in Kent County, in the Southern Division of the Western District of Michigan,

DERICK OLIN McCONNON

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
MARK V. COURTADE (P32666)
Assistant United States Attorney