AO 442   (Rev. 10/03) Warrant for Arrest

FILED - GR
October 26, 2009 3:15 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: DDK/_____

# UNITED STATES DISTRICT COURT
## Western District of Michigan

UNITED STATES OF AMERICA
V.
DERICK OLIN McCONNON

**WARRANT FOR ARREST**

Case Number: **1:09-cr-164**
Robert J. Jonker
U.S. District Judge

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DERICK OLIN McCONNON
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)    1694866

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

possession with intent to distribute cocaine base, possession with intent to distribute cocaine and conspiracy to distribute cocaine,

in violation of Title  21   United States Code, Section(s)  841(a)(1) & 846

JOSEPH G. SCOVILLE
Name of Issuing Officer

Signature of Issuing Officer: S. Cozzola, Deputy Clerk

Magistrate Judge
Title of Issuing Officer

6-2-09   Grand Rapids, Michigan
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
JPATS Airlift - Willow Run

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/2/09 | EDITH S. Pickens, DUSM | Edith Pickens |
| DATE OF ARREST 10/23/09 | | |